1 So.3d 1188 (2009)
Dora B. DIRGA, as personal representative of the Estate of Ethel Braun, deceased, Appellant,
v.
Rex A. BUTLER, M.D., Appellee.
No. 1D07-5969.
District Court of Appeal of. Florida, First District.
February 5, 2009.
*1189 C. Philip Hall of McKenzie & Hall, P.A., Pensacola, for Appellant.
Craig A. Dennis and Melanie M. Burnette of Dennis, Jackson, Martin & Fontela, P.A., Tallahassee, for Appellee.
PER CURIAM.
REVERSED. See § 48.193(1)(b), Fla. Stat. (2001); Dean v. Johns, 789 So.2d 1072, 1076-77 (Fla. 1st DCA 2001).
BENTON, and BROWNING, JJ., concur; KAHN, J., dissents.
KAHN, J., dissenting.
I would affirm the trial court's dismissal of this case because the constitutional minimum contacts requirement has not been demonstrated by appellant.